TRAVELERS INSURANCE COMPANY, as Assignee of BETTY J. MILLIS, Also Known as BETTY J. HANEHAN, Respondent, v PROVIDENCE WASHINGTON INSURANCE GROUP, Appellant.—Motion for clarification granted and the last paragraph of the memorandum decision dated July 7, 1988 [142 AD2d 968, 969] and the ordering paragraph of the remittitur order of this court entered July 7, 1988 amended by adding after the number "15,293.69" the words "plus interest thereon from January 31, 1984". Present—Dillon, P. J., Doerr, Green, Balio and Lawton, JJ.

RUTH B. ROSENBERG, Respondent-Appellant, v ALLEN P. ROSENBERG, Appellant-Respondent.—Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals, granted to the extent that the memorandum decision of this court dated December 23, 1988 [145 AD2d 916, 918] is amended by adding to the second last sentence of the sixth paragraph after the words "with interest at the statutory rate" the words "from September 18, 1987" and by amending the ordering paragraph of the remittitur order heretofore entered December 23, 1988 by adding after the words "with interest at the statutory rate" the words "from September 18, 1987" and otherwise motion denied. Present—Callahan, J. P., Doerr, Boomer, Green and Lawton, JJ.